O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| STARLIGHT ENTERTAINMENT ENTERPRISES, INC., | Case No. 2:13-cv-9025-ODW (AGRx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND [1] AND DENYING MOTION REQUESTING ORDER TO PROCEED PRO SE [3]** |
| v. | |
| SUNSET HOUSING SOLUTIONS L.P., | |
| Defendant. | |

On December 6, 2013, Plaintiff Starlight Entertainment Enterprises, Inc. filed a Complaint asserting breach of contract and invasion of privacy.  (ECF No. 1.) Plaintiff is not represented by an attorney.  An individual by the name of Ricardo Calderon Lopez filed the Complaint and is apparently associated with Plaintiff, but is not named as a party in the Complaint.

The first issue to address is the pending Motion Requesting Order to Proceed Pro Se.  (ECF No. 3.)  As indicated above, the only named Plaintiff in this action, Starlight Entertainment Enterprises is a corporation.  A corporation cannot represent itself pro se in federal court.  *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993).  Accordingly, Plaintiff's Motion Requesting Order to Proceed Pro Se is **DENIED**.  (ECF No. 3.)

The Court also finds that the Complaint lacks subject-matter jurisdiction.  From what the Court can discern from the Complaint, the Plaintiff's claims are based

entirely on state law and raise no federal question. 28 U.S.C. § 1331. Moreover, the allegations in the Complaint are insufficient for diversity jurisdiction. 28 U.S.C. § 1332. The Complaint seeks only $30,000 in damages, which does not meet the amount in controversy requirement. *Id*. While the Court is skeptical that subject-matter jurisdiction can be properly alleged in this case, the Court **DISMISSES** Plaintiff's Complaint **WITH LEAVE TO AMEND**. Plaintiff, properly represented by counsel, may file an amended complaint within 14 days of this dismissal.

**IT IS SO ORDERED.**

December 13, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**