O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STARLIGHT ENTERTAINMENT ENTERPRISES, INC., | Case No. 2:13-cv-9025-ODW (AGRx) |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION IN OPPOSITION TO ORDER DISMISSING COMPLAINT [8]** |
| v. | |
| SUNSET HOUSING SOLUTIONS L.P., | |
| Defendant. | |

The Court is in receipt of Plaintiff Starlight Entertainment Enterprises, Inc.'s Motion in Opposition to Order Dismissing Complaint and Denying Request to Proceed Pro Se. (ECF No. 8.) Plaintiff has also filed a Notice of Appeal. (ECF No. 11.) As far as the Court can tell, Plaintiff's Motion seeks reconsideration of the Court's December 13, 2013 Order, which dismissed the Complaint *with leave to amend* and denied Plaintiff's Motion to Proceed Pro Se. (ECF No. 6.)

Federal Rule of Civil Procedure 60(b) permits a court to relieve a party of an order for a number of reasons including "mistake, inadvertence, surprise, or excusable neglect" as well as "any other reason that justifies relief." Fed. R. Civ. P. 60(b)(6). In this case, the Court finds no basis for reconsideration of the December 13, 2013 Order. The original Complaint lacks subject-matter jurisdiction. Plaintiff's assertions that it cannot file in state court because of "unethical acts performed by judicial

officers at the State level" is not a valid basis for subject-matter jurisdiction. Moreover, the Court reiterates that the named Plaintiff in this action, Starlight Entertainment, is a corporation and thus cannot proceed pro se. Plaintiff's case law does not support a contrary finding. The Court again directs Plaintiff to *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993), where the United States Supreme Court explicitly held that a corporation cannot represent itself in federal court. Accordingly, the Court hereby **DENIES** Plaintiff's Motion in Opposition to Court Order. (ECF No. 8.)

Finally, the Court advises the individual filing on behalf of Plaintiff that if he has any doubts concerning law or procedure, he should consult an attorney. There is also a Federal Pro Se Clinic located in the United States Courthouse at 312 N. Spring Street, Room G-19, Main Street Floor, Los Angeles, California 90012. The clinic is open for appointments on Mondays, Wednesdays, and Fridays. The Federal Pro Se Clinic offers free, on-site information and guidance to individuals who are representing themselves in federal civil actions.

**IT IS SO ORDERED.**

December 27, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**