**O**

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 STARLIGHT ENTERTAINMENT ENTERPRISES, INC., | Case No. 2:13-cv-9025-ODW (AGRx) |
| 12 Plaintiff, | **ORDER DENYING MOTION TO VACATE STAY [24]** |
| 13 v. | |
| 14 SUNSET HOUSING SOLUTIONS L.P., | |
| 15 Defendant. | |

16

17     The Court hereby **DENIES** Plaintiff Starlight Entertainment's Motion to Vacate

18 Stay filed on January 13, 2014.  (ECF No. 24.)  Two Notices of Appeal have been

19 filed in this case.  (ECF Nos. 11, 19.)  The Court cannot act upon any further motions

20 from Plaintiff until the two appeals have been either dismissed or decided upon in the

21 Ninth Circuit.  Therefore, the stay in this case must remain in place.  If the Notices of

22 Appeal have been filed in error, as Plaintiff has indicated, then Plaintiff must deal with

23 that issue at the appellate level.  The Court also **ORDERS** that no further papers be

24 filed in this action until after disposition of the appeals.

25     The Court once again advises the individual filing on behalf of Plaintiff

26 Starlight Entertainment that if he has any doubts concerning law or procedure, he

27 should consult an attorney.  There is also a Federal Pro Se Clinic located in the United

28 States Courthouse at 312 N. Spring Street, Room G-19, Main Street Floor, Los

Angeles, California 90012.   The clinic is open for appointments on Mondays, Wednesdays, and Fridays.  The Federal Pro Se Clinic offers free, on-site information and guidance to individuals who are representing themselves in federal civil actions.

**IT IS SO ORDERED.**

January 21, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**