O

# United States District Court
# Central District of California

| | |
|---|---|
| STARLIGHT ENTERTAINMENT ENTERPRISES, INC., <br><br>                Plaintiff, <br><br>     v. <br><br> SUNSET HOUSING SOLUTION L.P., <br><br>                Defendant. | Case No. 2:13-cv-9025-ODW(AGRx) <br><br> **ORDER VACATING STAY; DENYING MOTION TO REVERSE PIERCE THE CORPORATE VEIL [33]; AND DENYING MOTION FOR DEFAULT JUDGMENT [34]** |

The Court is now in receipt of the Ninth Circuit Mandate dismissing the last of the appeals in this case. (ECF No. 36.) Therefore, the Court once again has jurisdiction over this action and hereby **VACATES** the stay in this proceeding.

Plaintiff Starlight Entertainment Enterprises, Inc. has filed two new motions in this action. The first is a Motion to Reverse Pierce the Corporate Veil. (ECF No. 33.) The moving papers are not clear, but the Court construes this Motion as a request from Plaintiff—a business entity—to proceed unrepresented by legal counsel. The individual filing on behalf of Plaintiff in this action has been informed by this Court on more than one occasion that corporations and other business entities cannot act *pro se* in federal court. The case law on this matter is clear and unequivocal. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear

1 in the federal courts only through licensed counsel.") Accordingly, the Motion to
2 Reverse Pierce the Corporate Veil is **DENIED**.

3   Plaintiff's second motion is a Motion for Default Judgment. (ECF No. 34.)
4 This Motion is also **DENIED**. There is no operative pleading in this action at this
5 time. Thus, there is no pleading upon which Defendant can be in default. On
6 December 13, 2014, the Court dismissed Plaintiff's Complaint *with leave to amend*.
7 Instead of filing an amended complaint, Plaintiff improperly appealed. Plaintiff's
8 appeals have now been dismissed, so Plaintiff must file an amended complaint for this
9 case to proceed any further.

10   The Court hereby **ORDERS** Plaintiff to file an amended complaint **no later**
11 **than Monday, April 14, 2014**. Failure to file an amended complaint by that date will
12 result in dismissal of this action *with prejudice*. In addition, the Court warns Plaintiff
13 that failure to obtain legal counsel will also result in dismissal of this action *with*
14 *prejudice*. Plaintiff is also **ORDERED** to cease filing motions in this action until an
15 amended complaint is filed. Failure to comply may result in monetary sanctions.

17   **IT IS SO ORDERED.**
18   March 27, 2014

20   _____
21    **OTIS D. WRIGHT, II**
  **UNITED STATES DISTRICT JUDGE**