O
JS-6

# United States District Court
# Central District of California

| STARLIGHT ENTERTAINMENT ENTERPRISES, INC., | Case No. 2:13-cv-9025-ODW(AGRx) |
| --- | --- |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| SUNSET HOUSING SOLUTION L.P., | |
| Defendant. | |

On March 27, 2014, the Court ordered Plaintiff Starlight Entertainment Enterprises, Inc. to file an amended complaint by April 14, 2014, or face dismissal of this action with prejudice. (ECF No. 37.) That deadline has long since passed and no amended complaint has been filed. Accordingly, the Court **DISMISSES** this action **WITH PREJUDICE**. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

April 25, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**